NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

IN RE AMMAR AL-ALI, DON CAROTHERS, DAVID DALKE, MOHAMED K. DIAB, JULIAN M. GOLDMAN, MASSI E. KIANI, MICHAEL LEE, JEROME NOVAK, ROBERT SMITH, AND VAL E. VADEN

2011-1086
(Serial No. 10/153,263)

Appeal from the United States Patent and Trademark Office, Board of Patent Appeals and Interferences.

## ON MOTION

## O R D E R

Upon consideration of the parties' joint motion to lift the stay of the briefing schedule and to set the due date for the appellees' brief for 30 days from the date of filing of this order,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

__OCT 2 8 2011__
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Joseph R. Re, Esq.
    Raymond T. Chen, Esq.

s21

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

OCT 2 8 2011

**JAN HORBALY**
**CLERK**